# Appendix A

## A. Prior Art For U.S. Patent No. 12,015,375

- U.S. Patent No. 1,831,002 (Hickey)
- U.S. Patent No. 2,700,085 (Breisch)
- U.S. Patent No. 2,808,487 (Jacobs)
- U.S. Patent No. 3,085,138 (Brown)
- U.S. Patent No. 3,086,242 (Cook)
- U.S. Patent No. 3,243,211 (Wetmore)
- U.S. Patent No. 3,296,399 (Kozacka)
- U.S. Patent No. 3,559,141 (Hardy)
- U.S. Patent No. 3,678,432 (Boliver)
- U.S. Patent No. 3,686,603 (Lockie)
- U.S. Patent No. 3,686,604 (Link)
- U.S. Patent No. 3,700,786 (Lawrenson)
- U.S. Patent No. 3,781,745 (Vadnagara)
- U.S. Patent No. 3,795,757 (Higgins)
- U.S. Patent No. 3,818,407 (Edgerton)
- U.S. Patent No. 3,852,516 (Henry)
- U.S. Patent No. 3,946,351 (Bronikowski)
- U.S. Patent No. 4,060,785 (Hanke)
- U.S. Patent No. 4,251,304 (Campbell)
- U.S. Patent No. 4,308,515 (Rooney)
- U.S. Patent No. 4,464,583 (Holmgren)
- U.S. Patent No. 4,625,196 (Muench)
- U.S. Patent No. 4,778,948 (Fitch)
- U.S. Patent No. 4,780,598 (Fahey)
- U.S. Patent No. 4,947,149 (Pimpis)
- U.S. Patent No. 5,316,502 (Loet)
- U.S. Patent No. 5,316,789 (Ookuma)
- U.S. Patent No. 5,726,851 (Knapp)
- U.S. Patent No. 5,903,209 (Stepniak)
- U.S. Patent No. 6,265,665 (Zahnen)
- U.S. Patent No. 6,268,559 (Yamawaki)
- U.S. Patent No. 7,422,458 (Arai)
- U.S. Patent No. 7,387,537 (Daily)
- U.S. Patent No. 8,207,637 (Marroquin)
- U.S. Patent No. 8,242,874 (Pavlovic)
- U.S. Patent No. 8,289,123 (Whitney)
- U.S. Patent No. 8,604,342 (Solon)
- U.S. Patent No. 8,632,358 (Leonhard)
- U.S. Patent No. 8,657,624 (Yoshida)
- U.S. Patent No. 8,699,209 (Barna)
- U.S. Patent No. 8,723,370 (West)
- U.S. Patent No. 8,779,627 (Gerhardinger)
- U.S. Patent No. 8,853,520 (Ueda)
- U.S. Patent No. 8,911,264 (Goyal)

- U.S. Patent No. 8,937,249 (Solon)
- U.S. Patent No. 9,437,985 (Goyal)
- U.S. Patent No. 9,564,281 (Gilman)
- U.S. Patent No. 9,648,762 (Boe)
- U.S. Patent No. 10,553,739 (Solon)
- U.S. Patent No. 10,992,254 (Solon)
- U.S. Patent No. 11,689,153 (Solon)
- U.S. Patent Application Publication No. 2002/0041944 (Stavnes)
- U.S. Patent Application Publication No. 2005/0077994 (Martin)
- U.S. Patent Application Publication No. 2005/0110607 (Babic)
- U.S. Patent Application Publication No. 2007/0132539 (Richter)
- U.S. Patent Application Publication No. 2008/0011347 (Aoyama)
- U.S. Patent Application Publication No. 2009/0088032 (Keeven)
- U.S. Patent Application Publication No. 2009/0291594 (Donth)
- U.S. Patent Application Publication No. 2009/0300909 (Kummer)
- U.S. Patent Application Publication No. 2010/0090851 (Hauser)
- U.S. Patent Application Publication No. 2010/0139733 (Jonczyk)
- U.S. Patent Application Publication No. 2010/0207716 (Yen)
- U.S. Patent Application Publication No. 2010/0258157 (Arai)
- U.S. Patent Application Publication No. 2011/0011642 (Solon)
- U.S. Patent Application Publication No. 2011/0104925 (Quiter)
- U.S. Patent Application Publication No. 2011/0174521 (Hernandez-Hernandez)
- U.S. Patent Application Publication No. 2011/0209741 (Solon)
- U.S. Patent Application Publication No. 2011/0232963 (Kono)
- U.S. Patent Application Publication No. 2011/0300730 (Someya)
- U.S. Patent Application Publication No. 2011/0308833 (West)
- U.S. Patent Application Publication No. 2012/0019346 (Levi)
- U.S. Patent Application Publication No. 2012/0085040 (Ketwitz, Jr.)
- U.S. Patent Application Publication No. 2012/0125395 (Bellacicco)
- U.S. Patent Application Publication No. 2012/0161919 (Von zur Muehlen)
- U.S. Patent Application Publication No. 2012/0181973 (Lyden)
- U.S. Patent Application Publication No. 2012/0217973 (Avrutsky)
- U.S. Patent Application Publication No. 2012/0309232 (Darr)
- U.S. Patent Application Publication No. 2012/0313278 (Nishio)
- U.S. Patent Application Publication No. 2013/0037294 (Blaha)
- U.S. Patent Application Publication No. 2013/0077249 (Guinn)
- U.S. Patent Application Publication No. 2013/0257154 (Tagliamonte)
- U.S. Patent Application Publication No. 2013/0269746 (Ramsey)
- U.S. Patent Application Publication No. 2014/0113500 (Goyal)
- U.S. Patent Application Publication No. 2016/0133422 (Breili)
- U.S. Patent Application Publication No. 2016/0149539 (Franke)
- CN1395056
- CN2562350
- CN2785100
- CN2336459
- CN2411542
- CN201134283
- CN101527235

- CN101577158
- CN201518320
- CN101923915
- CN201845580
- CN201877150
- CN102117976
- CN201975362
- CN201994507
- CN102332345
- CN202153443
- CN202256574
- CN202258411
- CN102568970
- CN202434452
- CN202524026
- CN202758911
- CN103000468
- CN202797033
- CN103165235
- CN202977351
- CN203038709
- CN203118602
- CN104021860
- CN203967369
- CN104464920
- CN204463897
- CN204760094
- DE6940839
- DE202006007613 U1
- DE102006032275 (Feldmeier)
- DE102008027189 U1
- DE102012218366 (Wiedemann)
- DE102013106255 (Franke)
- EP2,287,915 (Jonczyk)
- EP2,495,825 (Krech)
- EP2,645,425 (Tagliamonte)
- FR2983361 (Bechet)
- JPS59194327 (Jinbo)
- JPS60236430 (Shichi)
- JPH02023016 A
- JPH0684410 (Takahashi)
- JP3004630
- JPH08289450
- JPH08289451
- JPH09245533
- JP2000004516
- JP2000348836 (Toukosono)
- JP2003031834

- JP2003077584 (Tamura)
- JP2003293536
- JP2005039981
- JP4044484
- JP4080663 (Tamura)
- JP2008166492
- JP2008187814
- JP4169490
- JP4171359 (Ito)
- JP4606774 (Uchida)
- JP4730794 (Arai)
- JP2011/253739 (Inoue)
- JP2012/115043 (Katsumi)
- JP5384073 (Uchida)
- JP2014050227 A
- JP2014229639 (Matsuyoshi)
- JP2015/060813 (Omori)
- JP2015/133822 (Nagabuchi)
- JP2015198508 A
- KR200329882 (Park)
- KR200446192
- KR200455299
- KR 10-1428689 (Kim)
- MX2011013979A (von zur Muehlen)
- WO 8400078
- WO 90/011608
- WO-0109990 A1
- WO 2010/124614 (Yuan)
- WO 2011/076955 (Fernandez)
- WO 2012/023748 A2
- WO 2012/083785 (Ye)
- WO 2012/166412 (Darr)
- CN2660691
- CN104205514B
- CN201387761Y
- CN201682254U
- CN203102969U
- CN204558134U
- JP1992041733Y2
- JP2009148010A
- "Wire Gauges—Current Ratings" [retrieved from https://web.archive.com/org/web/20140715051530/www.engineeringtoolbox.com/wire-gauges-d_419.html on Jun. 6, 2019] (Year: 2015).
- Balance of Systems Product Catalog 2012, Shoals Technologies Group.
- Balance of Systems Product Catalog 2013, Shoals Technologies Group.
- Definition of "working voltage" [retrieved from https://encyclopedia2.thefreedictionary.com/voltage+rating on Sep. 18, 2018].
- Enphase Engage Cable and Accessories Installation Manual, Enphase Energy, 2011.

- HelioFuse Datasheet, Amphenol.
- Helukabel "Cable systems for photovoltaic installations" and product disclosures, Helukabel, 2011.
- Jurchen Technology "DC Cabling Perfectly Connected", 2014.
- Jurchen Technology—Components for photovoltaic systems, retrieved from http://web.archive.org/web/20120428223249/http://www.jurchen-technology.com/ on 2012.
- Jurchen Technology—Components for photovoltaic systems, retrieved from http://web.archive.org/web/20140208150811/http://www.jurchen-technology.com/ on Oct. 9, 2023.
- Machine translation of JP2014-05227A (Year: 2014). *
- Machine translation of JPH2-023016A (Year: 1990). *
- PRNewswire, Molded In-line Fuse From Amphenol Protects Against Ground Fault Damage, published May 4, 2012, retrieved Dec. 22, 2022 from: https://www.prnewswire.com/news-releases/molded-in-line-fuse-from-amphenol-protects-against-ground-fault-damage-150186315.html.
- Radox® Solar, Huber+Suhner Group, 2011 Ed.
- Shoals Technologies Group In-Line Fuses, 2010.
- Solar Line—Photovoltaic interconnection system, Amphenol industrial solar technologies, https://www.amphenol-industrial.com, Nov. 2012.
- Sunbolts Inline Fuse S417 Fuse Cable / Fuse Holder UL 1500V, https://www.bizlinktech.com/products, 2013.
- Sunnector Solar Assemblies & Harnesses, Cooper Interconnect, 2011.
- The World of Lapp—Products for photovoltaic 2012, Lapp Group, 2012.
- Jurchen Technology – DC Verkabelung, retrieved from https://web.archive.org/web/20131030021022/http://www.jurchen-technology.de:80/fileadmin/redakteur_verzeichnis/pdfs/Broschueren/JT_ProBro_DC_Verkabelung_2012_0920_DE_ebook.pdf
- Jurchen Technology – DC Verkabelung, retrieved from https://web.archive.org/web/20130918085535/http://www.jurchen-technology.de/fileadmin/redakteur_verzeichnis/pdfs/JT_Produktbroschuere_DC_Verkabelung_2012_0920_DE_ebook.pdf

**B. Prior Art For U.S. Patent No. 12,015,376**

- U.S. Patent No. 1,831,002 (Hickey)
- U.S. Patent No. 2,700,085 (Breisch)
- U.S. Patent No. 2,808,487 (Jacobs)
- U.S. Patent No. 3,085,138 (Brown)
- U.S. Patent No. 3,086,242 (Cook)
- U.S. Patent No. 3,243,211 (Wetmore)
- U.S. Patent No. 3,296,399 (Kozacka)
- U.S. Patent No. 3,559,141 (Hardy)
- U.S. Patent No. 3,678,432 (Boliver)
- U.S. Patent No. 3,686,603 (Lockie)
- U.S. Patent No. 3,686,604 (Link)
- U.S. Patent No. 3,700,786 (Lawrenson)
- U.S. Patent No. 3,781,745 (Vadnagara)
- U.S. Patent No. 3,795,757 (Higgins)
- U.S. Patent No. 3,818,407 (Edgerton)
- U.S. Patent No. 3,852,516 (Vander)

- U.S. Patent No. 3,946,351 (Bronikowski)
- U.S. Patent No. 4,060,785 (Hanke)
- U.S. Patent No. 4,251,304 (Campbell)
- U.S. Patent No. 4,308,515 (Rooney)
- U.S. Patent No. 4,464,583 (Holmgren)
- U.S. Patent No. 4,625,196 (Muench)
- U.S. Patent No. 4,778,948 (Fitch)
- U.S. Patent No. 4,780,598 (Fahey)
- U.S. Patent No. 4,947,149 (Pimpis)
- U.S. Patent No. 5,316,502 (Loet)
- U.S. Patent No. 5,316,789 (Ookuma)
- U.S. Patent No. 5,726,851 (Knapp)
- U.S. Patent No. 5,903,209 (Stepniak)
- U.S. Patent No. 6,265,665 (Zahnen)
- U.S. Patent No. 6,268,559 (Yamawaki)
- U.S. Patent No. 7,422,458 (Arai)
- U.S. Patent No. 7,387,537 (Daily)
- U.S. Patent No. 8,207,637 (Marroquin)
- U.S. Patent No. 8,242,874 (Pavlovic)
- U.S. Patent No. 8,289,123 (Whitney)
- U.S. Patent No. 8,604,342 (Solon)
- U.S. Patent No. 8,632,358 (Leonhard)
- U.S. Patent No. 8,657,624 (Yoshida)
- U.S. Patent No. 8,699,209 (Barna)
- U.S. Patent No. 8,723,370 (West)
- U.S. Patent No. 8,779,627 (Gerhardinger)
- U.S. Patent No. 8,853,520 (Ueda)
- U.S. Patent No. 8,911,264 (Goyal)
- U.S. Patent No. 8,937,249 (Solon)
- U.S. Patent No. 9,437,985 (Goyal)
- U.S. Patent No. 9,564,281 (Gilman)
- U.S. Patent No. 9,648,762 (Boe)
- U.S. Patent No. 10,553,739 (Solon)
- U.S. Patent No. 10,992,254 (Solon)
- U.S. Patent No. 11,689,153 (Solon)
- U.S. Patent Application Publication No. 2002/0041944 (Stavnes)
- U.S. Patent Application Publication No. 2005/0077994 (Martin)
- U.S. Patent Application Publication No. 2005/0110607 (Babic)
- U.S. Patent Application Publication No. 2007/0132539 (Richter)
- U.S. Patent Application Publication No. 2008/0011347 (Aoyama)
- U.S. Patent Application Publication No. 2009/0088032 (Keeven)
- U.S. Patent Application Publication No. 2009/0291594 (Donth)
- U.S. Patent Application Publication No. 2009/0300909 (Kummer)
- U.S. Patent Application Publication No. 2010/0090851 (Hauser)
- U.S. Patent Application Publication No. 2010/0139733 (Jonczyk)
- U.S. Patent Application Publication No. 2010/0207716 (Yen)
- U.S. Patent Application Publication No. 2010/0258157 (Arai)
- U.S. Patent Application Publication No. 2011/0011642 (Solon)

- U.S. Patent Application Publication No. 2011/0104925 (Quiter)
- U.S. Patent Application Publication No. 2011/0174521 (Hernandez-Hernandez)
- U.S. Patent Application Publication No. 2011/0209741 (Solon)
- U.S. Patent Application Publication No. 2011/0232963 (Kono)
- U.S. Patent Application Publication No. 2011/0300730 (Someya)
- U.S. Patent Application Publication No. 2011/0308833 (West)
- U.S. Patent Application Publication No. 2012/0019346 (Levi)
- U.S. Patent Application Publication No. 2012/0085040 (Ketwitz, Jr.)
- U.S. Patent Application Publication No. 2012/0125395 (Bellacicco)
- U.S. Patent Application Publication No. 2012/0161919 (Von zur Muehlen)
- U.S. Patent Application Publication No. 2012/0181973 (Lyden)
- U.S. Patent Application Publication No. 2012/0217973 (Avrutsky)
- U.S. Patent Application Publication No. 2012/0309232 (Darr)
- U.S. Patent Application Publication No. 2012/0313278 (Nishio)
- U.S. Patent Application Publication No. 2013/0037294 (Blaha)
- U.S. Patent Application Publication No. 2013/0077249 (Guinn)
- U.S. Patent Application Publication No. 2013/0257154 (Tagliamonte)
- U.S. Patent Application Publication No. 2013/0269746 (Ramsey)
- U.S. Patent Application Publication No. 2014/0113500 (Goyal)
- U.S. Patent Application Publication No. 2016/0133422 (Breili)
- U.S. Patent Application Publication No. 2016/0149539 (Franke)
- U.S. Patent Application Publication No. 2023/0336118 (Solon)
- CN1395056
- CN2562350
- CN2785100
- CN2336459
- CN2411542
- CN201134283
- CN101527235
- CN101577158
- CN201518320
- CN101923915
- CN201845580
- CN201877150
- CN102117976
- CN201975362
- CN102332345
- CN202153443
- CN202256574
- CN102568970
- CN202434452
- CN202524026
- CN103000468
- CN202797033
- CN103165235
- CN203118602
- CN204760094
- KR 10-1428689 (Kim)

- EP2,645,425 (Tagliamonte)
- CN104021860 (Huang)
- CN104464920 (Liu)
- CN201994507 (Ye)
- CN202258411
- CN202758911
- CN202977351 (Casimiro)
- CN203038709
- CN203967369
- CN204463897 (Zheng)
- DE 6940839
- DE102006032275 (Feldmeier)
- DE102008027189 (Willer)
- DE102012218366 (Wiedemann)
- DE102013106255 (Franke)
- DE202006007613
- EP2,287,915 (Jonczyk)
- EP2,495,825 (Krech)
- EP2,645,425 (Tagliamonte)
- FR 2983361 (Bechet)
- JP3004630
- JP4044484
- JP4080663 (Tamura)
- JP4169490
- JP4606774 (Uchida)
- JP4730794 (Arai)
- JP5384073 (Uchida)
- JP2000004516
- JP2003031834
- JP2008166492
- JP2008187814
- JP2014050227
- JP2015198508
- JP2000348836
- JP2003293536
- JP2003077584
- JP2005039981
- JP2011253739
- JP2012115043
- JP2014229639
- JP2014050227
- JP2015133822
- JP2015060813
- JP 2-23016
- JP 4-171359
- JP 59-194327
- JP 60-236430
- JP 6-84410

8

- JP 8-289450
- JP 8-289451
- JP 9-245533
- JP2009148010A
- KR200446192
- KR200455299
- KR200329882 (Park)
- MX2011013979A (von zur Muehlen)
- WO 01/09990
- WO 2010/124614
- WO 2011/076955 (Fernandez)
- WO 2012/023748
- WO 2012/083785 (Ye)
- WO 2012/166412 (Darr)
- WO 84/00078 (Clabburn)
- WO 90/11608
- "Wire Gauges—Current Ratings", retrieved from https://web.archive.org/web/20140715051530/www.engineeringtoolbox.conn/ wire-gauges-d_419.html on Jun. 6, 2019, Year: 2015.
- Balance of Systems Product Catalog 2012, Shoals Technologies Group.
- Balance of Systems Product Catalog 2013, Shoals Technologies Group.
- Definition of "working voltage", retrieved from https://encyclopedia2.thefreedictionary.com/voltage+rating on Sep. 18, 2018.
- Enphase Engage Cable and Accessories Installation Manual, Enphase Energy, 2011.
- HelioFuse Datasheet, Amphenol.
- Helukabel "Cable systems for photovoltaic installations" and product disclosures, Helukabel, 2011.
- Jurchen Technology "DC Cabling Perfectly Connected", 2014.
- Jurchen Technology—Components for photovoltaic systems, retrieved from http://web.archive.org/web/20120428223249/http://www.jurchen-technology.com/ on 2012.
- Jurchen Technology—Components for photovoltaic systems, retrieved from http://web.archive.org/web/20140208150811/http://www.jurchen-technology.com/ on Oct. 9, 2023.
- Machine translation of JP2014-050227A (Year: 2014). *
- Prnewswire, Molded In-line Fuse From Amphenol Protects Against Ground Fault Damage, published May 4, 2012, retrieved Dec. 22, 2022 from: https://www.prnewswire.c,om/news-releasestmolded-in-line-fuse-from-amphenol-3rotects-against-ground-fault-damage-150186315.html.
- Radox® Solar, Huber+Suhner Group, 2011 Ed.
- Shoals Technologies Group In-Line Fuses, 2010.
- Solar Line—Photovoltaic interconnection system, Amphenol industrial solar technologies, https://www.amphenol-industrial.com, Nov. 2012.
- Sunbolts Inline Fuse S417 Fuse Cable / Fuse Holder UL 1500V, https://www.bizlinktech.com/products, 2013.
- Sunnector Solar Assemblies & Harnesses, Cooper Interconnect, 2011.
- The World of Lapp—Products for photovoltaic 2012, Lapp Group, 2012.
- Jurchen Technology – DC Verkabelung, retrieved from https://web.archive.org/web/20131030021022/http://www.jurchen-

technology.de:80/fileadmin/redakteur_verzeichnis/pdfs/Broschueren/JT_ProBro_DC_Verkabelung_2012_0920_DE_ebook.pdf
- Jurchen Technology – DC Verkabelung, retrieved from https://web.archive.org/web/20130918085535/http://www.jurchen-technology.de/fileadmin/redakteur_verzeichnis/pdfs/JT_Produktbroschuere_DC_Verkabelung_2012_0920_DE_ebook.pdf