IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>VOLTAGE, LLC AND NINGBO VOLTAGE SMART PRODUCTION CO.,<br><br>  Defendants. | Case No. 1:25-cv-026-WO |

**PLAINTIFF SHOALS TECHNOLOGIES GROUP, LLC'S
MOTION TO COMPEL DEFENDANTS TO RESPOND TO CERTAIN
DISCOVERY REQUESTS**

Pursuant to Federal Rule of Civil Procedure 37(a), L.R. 7.3, LR 37.1, Plaintiff Shoals Technologies Group, LLC ("Plaintiff" or "Shoals") files this Motion to Compel Defendants Voltage, LLC and Ningbo Voltage Smart Production Co. (collectively "Defendants" or "Voltage") to provide responses to Shoals's discovery requests in order to comply with their discovery obligations. As set forth more in the accompanying brief, Shoals specifically moves for an order requiring Voltage to substantively respond to Shoals's discovery requests.

September 23, 2025  Respectfully submitted,

/s/ Jason D. Evans
Jason D. Evans, N.C. Bar No. 27808
Jason.Evans@troutman.com
TROUTMAN PEPPER LOCKE LLP
301 S. College St. 33rd Floor
Charlotte, N.C. 28202
Tel: 704.916.1502

William Belanger
William.Belanger@Troutman.com
TROUTMAN PEPPER LOCKE LLP
125 High Street, 19th Floor High Street Tower
Boston, Massachusetts 02110-2736
Tel: 617.204.5100

Kimberly E. Coghill
Kimberly.Coghill@Troutman.com
Puja Patel Lea
Puja.Lea@Troutman.com
TROUTMAN PEPPER LOCKE LLP
401 9th Street, N. W.
Suite 1000
Washington, D.C. 20004
Tel: 202.220.1200

Mikaella M. Evaristo
*(Notice of Special Appearance to be Filed)*
Mikaella.Evaristo@Troutman.com
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
Tel: 212.912.2791

***Counsel for Plaintiff Shoals Technologies, LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document has been filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action.

This, the 23nd of September, 2025.

*/s/ Jason D. Evans*
Jason D. Evans, N.C. Bar No. 27808
Jason.Evans@troutman.com
TROUTMAN PEPPER LOCKE LLP
301 S. College St. 33rd Floor
Charlotte, N.C.28202
Tel: 704.916.1502