# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-026-WO |
| v. | ) | |
| | ) | |
| VOLTAGE, LLC AND NINGBO VOLTAGE SMART PRODUCTION CO., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S THIRD AMENDED COMPLAINT

Defendants Voltage, LLC and Ningbo Voltage Smart Production Co. (together, "Voltage" or "Defendants") respectfully move to dismiss the Third and Fourth Claims for Relief in Plaintiff Shoals Technologies Group, LLC's ("Shoals" or "Plaintiff") Third Amended Complaint (ECF 74) pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. Voltage additionally moves to dismiss the First, Second, and Fifth Claims for Relief to the extent they are based on alleged patent infringement of the newly alleged "alternative designs." Voltage's grounds for dismissal are more fully set forth in its Memorandum of Law filed contemporaneously with this Motion.

This 17th day of October, 2025.

/s/ Robert C. Van Arnam
Robert C. Van Arnam (N.C. Bar No. 28838)
Jenny J. Wang (N.C. Bar No. 61255)
Aaron T. Fadden (N.C. Bar No. 59495)

WILLIAMS MULLEN
P.O. Box 1000
Raleigh, NC 27602-1000
Telephone: 919-981-4070
Facsimile: 919-981-4300
rvanarnam@williamsmullen.com
jwang@williamsmullen.com
afadden@williamsmullen.com

Yar R. Chaikovsky (CA Bar No. 175421)
Philip Ou (CA Bar No. 259896)
Bruce Yen (CA Bar No. 277920)
WHITE & CASE
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: 650.213.0300
Facsimile: 650.213.8158
yar.chaikovsky@whitecase.com
philip.ou@whitecase.com
bruce.yen@whitecase.com

Jordan Coyle (DC Bar No. 1006391)
WHITE & CASE
701 Thirteenth Street, NW
Washington, DC 2005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Jordan.coyle@whitecase.com

*Attorneys and Local Civil Rule 83.1(d) Counsel
for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 17, 2025, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system.

Dated: October 17, 2025

By: */s/ Robert C. Van Arnam*
Robert C. Van Arnam